**James E. PEAVLER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 62327.**

Missouri Court of Appeals,
Western District.

March 23, 2004.

Robert Winthrop Lundt, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrew W. Hassell, Asst. Atty. Gen., joins on the briefs, Jefferson City, MO, for Respondent.

Before VICTOR C. HOWARD, P.J., HAROLD L. LOWENSTEIN, and JAMES M. SMART, JR., JJ.

### Order

PER CURIAM.

James Peavler appeals the denial of his motion for post-conviction relief under Rule 29.15. Having carefully considered his contention, and finding no ground for relief, we affirm pursuant to Rule 84.16(b). A memorandum is furnished to the parties for their information. Judgment is affirmed.